

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JAG
F.#2008R01486

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 9, 2010

Lisa Hoyes, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th floor
Brooklyn, NY 11201

      Re:    United States v. Philip Barry
               Criminal Docket No. 09-833 (RJD)

Dear Counsel:

      The government hereby provides certain discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, we enclose the defendant's September 7, 2010 pro se complaint in Barry v. S.E.C., 10-CV-4071 (CBA).  Please note that the government might not furnish in discovery future filings by the defendant in that civil case, but any such filings are expected to be publicly available.  The government again requests reciprocal discovery from the defendant.

      Please contact me if you have any questions.

               Very truly yours,

               LORETTA E. LYNCH
               United States Attorney

      By:    /s/ Jeffrey A. Goldberg
            Jeffrey A. Goldberg
            Assistant U.S. Attorney
            (718) 254-7579

Enclosure

cc:    Clerk of the Court (RJD) (via ECF) (w/o enclosure)