

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAG
F.#2008R01486                  *271 Cadman Plaza East*
                               *Brooklyn, New York  11201*

October 22, 2010

VIA FEDERAL EXPRESS
Lisa Hoyes, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th floor
Brooklyn, NY 11201

        Re:   United States v. Philip Barry
              Criminal Docket No. 09-833 (RJD)

Dear Counsel:

        The government hereby provides certain discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, we enclose the following documents:

| Description | Bates numbers |
| --- | --- |
| Documents related to certain investors | 3139-3198 |

        The government again requests reciprocal discovery from the defendant.  Please contact us if you have any questions.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                        By:         /s/
                                Jeffrey A. Goldberg
                                John P. Nowak
                                Assistant United States Attorneys
                                (718) 254-7579/6097

Enclosures
cc:   Clerk of the Court (RJD) (via ECF) (w/o enclosures)